1 Sean P. Flynn, Esq. (SBN 220184)
  *sflynn@foleymansfield.com*
2 **FOLEY & MANSFIELD, PLLP**
  300 South Grand Avenue, Suite 2800
3 Los Angeles, CA  90071
  Telephone:    (213) 283-2100
4 Facsimile:     (213) 283-2101

5 Attorneys for
  **I.C. SYSTEM, INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE PASQUALE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>I.C. SYSTEM, INC.,<br><br>　　　　　　Defendant. | Case No:  12-CV-05539 HRL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  November 26, 2012　　　　　　　**FOLEY & MANSFIELD, PLLP**

　　　　　　　　　　　　　　　　　　　By:　___/s/ Sean P. Flynn___
　　　　　　　　　　　　　　　　　　　　　Sean P. Flynn, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　I.C. System, Inc.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Ave., Suite 2800, Los Angeles, California 90071

On **November 26, 2012**, I served the foregoing document described as: **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the interested parties in this action as follows:
.

☒ *(BY COURT'S CM/ECF SYSTEM)* Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this court.

☒ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

☐ **[STATE]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **November 26, 2012**, Los Angeles, California.

/s/ *Christine Sanders*
Christine Sanders

---

1
**PROOF OF SERVICE**