*E-FILED: November 27, 2012*

1   MUSICK, PEELER & GARRETT LLP
          ATTORNEYS AT LAW
2       650 TOWN CENTER DRIVE, SUITE 1200
        COSTA MESA, CALIFORNIA 92626-1925
           TELEPHONE 714-668-2425
3           FACSIMILE 714-668-2400

    Kenneth L. Perkins, Jr. (State Bar No. 113531)
4   k.perkins@mpglaw.com

5
    Attorneys for Defendant
6   I.C. SYSTEM, INC.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11

12   EUGENE PASQUALE,                    CASE No. 12-CV-05539-HRL

13            Plaintiff,                 District Judge:  Howard R. Lloyd

14        vs.

15   I.C. SYSTEM, INC.,                  SUBSTITUTION OF ATTORNEY
                                         AND [PROPOSED] ORDER
16            Defendant.

17                                       Trial Date:        TBD

18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  TO THE COURT AND ALL ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Defendant I.C. SYSTEM, INC. hereby

3  substitutes Sean P. Flynn, of Foley & Mansfield, LLP, 300 S. Grand Ave., Suite

4  2800, Los Angeles, California 90071 in place of Musick, Peeler & Garrett, LLP, 650

5  Town Center Dr., Suite 1200, Costa Mesa, CA 92626, as its attorney of record in the

6  above-referenced action.

7

8  DATED: November 7, 2012       **MUSICK, PEELER & GARRETT** LLP

9

10  By: _____

11  Kenneth L. Perkins, Jr.
    Attorneys for Defendant

12  I.C. SYSTEM, INC.

13  I consent to this Substitution.

14

15  DATED: November 7, 2012

16

17

18  By: _____

19  Sue Johnson
    Director of Legal Affairs for

19  I.C. SYSTEM, INC.

20

21  I accept this substitution.

22

23  DATED: November ___, 2012       **FOLEY & MANSFIELD, LLP**

24

25  By: _____

26  Sean P. Flynn
    Attorneys for Defendant

27  I.C. SYSTEM, INC.

28

1      TO THE COURT AND ALL ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT Defendant I.C. SYSTEM, INC. hereby

3  substitutes Sean P. Flynn, of Foley & Mansfield, LLP, 300 S. Grand Ave., Suite

4  2800, Los Angeles, California 90071 in place of Musick, Peeler & Garrett, LLP, 650

5  Town Center Dr., Suite 1200, Costa Mesa, CA 92626, as its attorney of record in the

6  above-referenced action.

7

8  DATED: November   , 2012     **MUSICK, PEELER & GARRETT LLP**

9

10                 By: _____

11                      Kenneth L. Perkins, Jr.

                     Attorneys for Defendant

12                      I.C. SYSTEM, INC.

13     I consent to this Substitution.

14

15 DATED: November ___, 2012

16

17                 By: _____

18                      Sue Johnson

                     Director of Legal Affairs for

19                      I.C. SYSTEM, INC.

20

21     I accept this substitution.

22

23 DATED: November 7, 2012     **FOLEY & MANSFIELD, LLP**

24

25                 By: _____

26                      Sean P. Flynn

                     Attorneys for Defendant

27                      I.C. SYSTEM, INC.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

DATED: <u>November 27</u>, 2012

_____

Howard R. Lloyd

~~District Judge~~

Magistrate Judge

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

819407.1

3

SUBSTITUTION OF ATTORNEY AND [~~PROPOSED~~] ORDER