Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Suren N. Weerasuriya (278521)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
Attorneys for Plaintiff

Sean P. Flynn, Esq. (SBN 220184)
sflynn@foleymansfield.com
FOLEY & MANSFIELD, PLLP
300 South Grand Ave., Suite 2800
Los Angeles, CA 90071
Telephone: (213) 283-2100
Facsimile: (213) 283-2101
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE PASQUALE,** | CASE NO.: 5:12-CV-05539-HRL |
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT** |
| vs. | Fed. R. Civ. P. 26(f) |
| **I.C. SYSTEM, INC.,** | |
| Defendant. | |

  Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel for Plaintiff and counsel for Defendant conferred to discuss the matters

set forth in Rule 16, Rule 26(f), and the Court's Order dated October 29, 2012, setting the Mandatory Case Management Conference. The parties hereby submit their Joint Case Management Statement:

1.  **Jurisdiction and Service:**

The parties agree that this Court's jurisdiction is based on 15 U.S.C. §1692k(d) and 28 U.S.C. §1331.

The parties are not aware of any issues regarding personal jurisdiction or venue.

At this time, Plaintiff is not aware of any additional parties to be served, but asks that the time for service remain open until the completion of discovery.

2.  **Facts:**

**Plaintiff:**

Plaintiff alleges that Defendant violated the FDCPA, RFDCPA, and TCPA while attempting to collect a debt. Plaintiff alleges that Defendant called him on his cell phone using an automated dialing system without his consent, after he had disputed the debt with Defendant.

**Defendant:**

I.C. System, Inc. denies the allegations of the complaint. Preliminary discussions have resulted in I.C. System, Inc. not being able to locate any account wherein it contacted Plaintiff.

**3. Legal Issues**

**Plaintiff:**

Plaintiff alleges that Defendant violated the FDCPA, RFDCPA, and TCPA. Defendant's violations include, but are not limited to, violations of 15 U.S.C. §1692d and §1692d(5), as to the FDCPA, Cal Civ Code §1788.11(d)) and §1788.11(e)), as to the RFDCPA, and 47 USC §227(b)(A)(iii)), as to the TCPA.

**Defendant:**

At this time it appears that Plaintiff does not have standing for any of his claims. More issues may develop as the case progresses.

**4. Motions**

**Plaintiff:**

Plaintiff does not anticipate filing a motion for summary judgment.

**Defendant:**

Based on the facts known at this time, I.C. System, Inc. anticipates filing a summary judgment motion.

**5. Amendment of Pleadings**

Plaintiff does not intend to amend the Complaint at this time, but requests the right to do so until after its complete review of Defendant's collection file regarding Plaintiff.

**6. Evidence Preservation**

Plaintiff and Defendant will preserve relevant evidence, including electronically filed documents.

**7.     Disclosures**

The parties will exchange the information required by Federal Rules of Civil Procedure 26(a)(1) on or before December 4, 2012.

**8.     Discovery**

The parties do not require any limitations on discovery. The parties will meet and confer regarding the terms of a Stipulated Protective Order if necessary. The parties jointly propose to the Court the following discovery plan:

**a) All fact discovery will be commenced in time to be completed by June 3, 2013.**

The number of interrogatories, requests for admissions, and requests for production of documents, as well as the number and length of depositions shall be as set forth in the Federal Rules of Civil Procedure.

**b)     Disclosure of experts under Federal Rule of Civil Procedure 26 (e)(2) due:**

All parties will provide the disclosures required on or before May 1, 2013. Counter-designations of experts will be made on or before May 15, 2013. Expert discovery will be completed by  June 3, 2013.

**9.     Class Action**

Not at this time.

**10.    Related Cases**

None.

## 11. Relief

Plaintiff seeks relief as follows: $2,000.00 for statutory violations under the FDCPA and RFDCPA, as well as $2,000 statutory damages per violation under the TCPA, plus any actual damages proved through discovery plus attorney's fees and costs.

Plaintiff cannot seek $2,000 in statutory damages be alleged violation under the TCPA. Damages are capped at $500 per violation, and *may* be increased to $1,500 if there is a showing of willful violations.

## 12. Settlement and ADR

The parties agree to an early neutral evaluation.

## 13. Consent to a Magistrate Judge

The parties consent to referral to a Magistrate Judge.

## 14. Other References

No.

## 15. Narrowing of Issues

Plaintiff believes it is premature to attempt to narrow the issues..

I.C. System, Inc. believes that the issue of standing is ripe for an early determination, which would be the most efficient use of the Court's and parties' time and resources.

## 16. Expedited Scheduling

Plaintiff does not believe the case can be handled on an expedited basis.

As stated above, I.C. System, Inc. believes and expedited schedule as to the standing issue is warranted.

### 17. Scheduling

Plaintiff proposes the following schedule: the cut-off date for fact discovery be June 3, 2013; the cut-off for expert discovery be June 3, 2013; the last day for the Court to hear dispositive motions be August 26, 2013, a pretrial conference be held on September 23, 2013; and trial on October 21, 2013.

I.C. System, Inc. proposes the following schedule:

| | |
|---|---|
| June 3, 2013 | Fact and Expert discovery cut off |
| July 15, 2013 | L/D to hear dispositive motions |
| August 12, 2013 | Trial readiness conference |
| August 19, 2013 | Trial |

### 18. Trial

The parties request a trial by jury. The parties estimate that this case will take approximately 2 days for trial. Plaintiff anticipates that the case will be ready for trial by October 21, 2013.

I.C. System, Inc. will be ready for trial by August 19, 2013.

### 19. Disclosure of Non-Party Interested Entities or Persons

Not applicable

**20.    Other Matters**

None at this time.

Respectfully submitted this 28th day of November, 2012.

By: _s/Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By:_s/Sean P. Flynn
Sean P. Flynn
Foley & Mansfield, PLLP
Attorney for Defendant

Filed electronically on this 28th day of November, 2012, with:

United States District Court CM/ECF system

Notification sent electronically on this 28th day of November, 2012, to:

Honorable Howard R. Lloyd
United States District Court
Northern District of California

Sean P. Flynn
Foley & Mansfield, PLLP
Attorney for Defendant

s/Todd Friedman
    Todd Friedman