UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   December 4, 2012                                             Time in Court: 3 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:** Pasquale v. I.C. System, Inc
**CASE NUMBER**:  5:12-cv-05539-HRL
Plaintiff Attorney present: Nick Bontrage via telephone
Defendant Attorney present: Sean Flynn via telephone

**PROCEEDINGS: Case Management Conference**


Parties are referred to Judge Paul S. Grewal for a settlement conference.

Matter is continued to October 15, 2013 at 1:30 pm for a Pretrial Conference.

Court to issue written scheduling order.