*E-FILED: December 5, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EUGENE PASQUALE, | No. C12-05539 HRL |
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| I.C. SYSTEM, INC., | |
| Defendant. | |

On December 4, 2012, the parties appeared for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussion held at the Conference, the court orders as follows:

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement. The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

Defendant shall supplement the record with its answer to the complaint forthwith.

For purposes of ADR, the parties have already agreed and the Court has already referred the matter to Early Neutral Evaluation to be completed no later than February 11, 2013. If the case is not settled through ADR, the parties shall contact the chambers of Magistrate Judge Grewal well in advance of the Pretrial Conference to arrange a Settlement Conference to take place prior to the Pretrial Conference.

The following schedule shall apply to this case:

| | |
|---|---|
| Fact Discovery Cutoff | March 29, 2013 |
| Designation of Experts with Reports | April 26, 2013 |

| | |
|---|---|
| Designation of Rebuttal Experts with Reports | May 10, 2013 |
| Expert Discovery Cutoff | May 24, 2013 |
| Last Day for Hearings on Dispositive Motions | July 23, 2013 at 10:00 a.m. |
| Final Pretrial Conference | September 3, 2013 at 1:30 p.m. |

In the event discovery disputes arise, the parties shall comply with this court's "Standing Order re: Civil Discovery Disputes," which sets forth the applicable requirements and procedures for filing Discovery Dispute Joint Reports rather than noticed discovery motions.[1] Parties seeking to compel fact discovery must file a Joint Report no later than seven days after the Fact Discovery Cutoff, and parties seeking to compel expert discovery must file a Joint Report no later than seven days after the Expert Discovery Cutoff. Civ. L.R. 37-3.

At the Final Pretrial Conference, the parties shall be prepared to discuss dates for trial. Additionally, the parties shall comply with the undersigned's Standing Order re: Pretrial Preparation with regard to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.

**IT IS SO ORDERED.**

Dated: December 5, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of this court's standing orders from the clerk of the court, or on the court's website http://cand.uscourts.gov.

**C 12-05539 HRL Order will be electronically mailed to:**

Nicholas J. Bontrager: nbontrager@attorneysforconsumers.com,

dshaw@attorneysforconsumers.com, ecampany@attorneysforconsumers.com,

jrea@attorneysforconsumers.com, tfriedman@attorneysforconsumers.com

Sean P Flynn: sflynn@foleymansfield.com, csanders@foleymansfield.com,

echavez@foleymansfield.com, jhurst@foleymansfield.com, m.mesaros@mpglaw.com

Todd Michael Friedman: tfriedman@attorneysforconsumers.com,

ecampany@attorneysforconsumers.com, jrea@attorneysforconsumers.com,

nbontrager@attorneysforconsumers.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**