# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Pasquale,<br><br>            Plaintiff(s),<br><br>    v.<br><br>I.C. System, Inc,<br><br>            Defendant(s). | 12-05539 HRL ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Robert M. Chilvers**
> Chilvers & Taylor PC
> 83 Vista Marin Dr.
> San Rafael, CA 94903
> 415-444-0875
> chilvers-law@comcast.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
12-05539 HRL

-1-

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: December 5, 2012

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
12-05539 HRL

-2-