Sean P. Flynn (SBN 220184)
sflynn@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 283-2100
Facsimile: (213) 283-2101

Attorneys for
**I.C. SYSTEM, INC.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EUGENE PASQUAL, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>I.C. SYSTEM, INC., a Minnesota corporation,<br><br>    Defendant. | Case No: 12-CV-05539 HRL<br><br>**NOTICE OF ERRATA** |

TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

    NOTICE IS HEREBY GIVEN that on or about October 29, 2012, Defendant I.C. Systems, Inc. filed and serve its Notice of Removal of Civil Action from State Court to United States Court, Northern District of California, omitting the attachment of their Answer to Complaint indicated in Paragraph 3 filed on October 26, 2012.

///
///
///
///
///
///

1  Thus, Defendant hereby notified this Honorable Court and Plaintiff of this error
2  and has attached a copy of the Answer as Exhibit "A".

4  Dated: December 6, 2012          **FOLEY & MANSFIELD, PLLP**

6                        By:    */s/ Sean P. Flynn*
7                               Sean P. Flynn (SBN 220184)
                                 Attorneys for Defendant
8                                I.C. SYSTEM, INC.

# Exhibit "A"

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714-668-2453
FACSIMILE 714-668-2490

Sean P. Flynn (State Bar No. 220184)
s.flynn@mpglaw.com

Attorneys for Defendant
I.C. SYSTEMS, INC.

ENDORSED

2012 OCT 26  P 3: 44

David H. Yamasaki, Clerk of the Superior Court
County of Santa Clara
By_____ T. Cao-Nguyen
                Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SANTA CLARA – LIMITED JURISDICTION

| | |
|---|---|
| EUGENE PASQUALE,<br><br>    Plaintiff,<br><br>vs.<br><br>I.C. SYSTEM, INC.,<br><br>    Defendant. | CASE No. 112CV232305<br><br>**ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Assigned to Hon. Peter Kirwan<br>Dept. 8<br><br>Action Filed:    September 13, 2012<br>Trial Date:       TBA |

Defendant I.C. SYSTEMS, INC. ("Defendant") answers the Complaint of Plaintiff Eugene Pasquale ("Plaintiff"), as follows:

**GENERAL DENIAL**

Pursuant to *Code of Civil Procedure* § 431.30(d), Defendant, generally and specifically, deny each and every allegation in the unverified Complaint filed by Plaintiff, and specifically deny that Plaintiff has been damaged in any of the sums mentioned in said Complaint, or in any sum, or at all, or that Plaintiff is entitled to the relief sought in the Complaint as a result of any act, omission, or delay in acting of these answering Defendants.

///
///
///
///

BY FAX

817278.1

ANSWER TO PLAINTIFF'S COMPLAINT

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

(Statute of Limitations)

Plaintiff's entire Complaint is barred by the applicable statute of limitations.

### SECOND DEFENSE

(Contributory/Comparative Fault)

Any violation of the law or damage suffered by Plaintiff, which Defendant denies, was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any liability or claim of damages against Defendant.

### THIRD DEFENSE

(Bona Fide Error)

Plaintiff's claims are barred as against Defendant by the qualified immunity of 15 U.S.C. § 1692k(c) and California Civil Code 1788.30(e). To wit, any violation of either statute, which Defendant denies, was not intentional and resulted, if at all, from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such errors.

### FOURTH DEFENSE

(Standing)

Plaintiff lacks standing to bring this action against Defendant under the Fair Debt Collection Practices Act and the Rosenthal Fair Debt Collection Practices Act.

### SIXTH DEFENSE

(Failure to Mitigate)

Plaintiff failed, in whole or in part, to mitigate Plaintiff's damages despite having the means to do so.

### SEVENTH DEFENSE

(Good Faith)

Defendant alleges that at all times it acted in good faith and with good cause. The conduct of Defendant was within the reasonable expectations of the parties and was reasonably related to Defendant's legitimate business interests upon the basis of reasonable factors.

## EIGHTH DEFENSE

(Estoppel)

The Complaint and each of its purported claims for relief are barred by the doctrine of estoppel.

## NINTH DEFENSE

(Waiver)

The Complaint and each of its purported claims for relief are barred by the doctrine of waiver.

## TENTH DEFENSE

(Unclean Hands)

The Complaint and each of its purported claims for relief are barred by the doctrine of unclean hands.

## ELEVENTH DEFENSE

(Laches)

The Complaint and each of its purported claims for relief are barred by the doctrine of laches.

## TWELFTH DEFENSE

(Intervening Cause)

Plaintiff's alleged damages, which Defendant continues to deny, were not caused by Defendant but by an independent intervening cause.

## THIRTEENTH DEFENSE

(Reservation of Additional Defenses)

Defendant alleges that the Complaint does not describe the alleged actions with sufficient particularity to permit it to ascertain what other defenses may exist. Defendant therefore reserves the right to assert all defenses that may pertain to the Complaint as the facts of the case are discovered.

///

///

1 | WHEREFORE, Defendant prays as follows:

2 | 1. That Plaintiff take nothing by way of his Complaint herein and that this action is
3 | dismissed in its entirety;
4 | 2. For Defendant's attorney's fees and costs incurred herein; and
5 | 3. For such other relief as the Court may deem just and proper.

7 | DATED: October 26, 2012        MUSICK, PEELER & GARRETT LLP

By: /s/ Sean P. Flynn
Sean P. Flynn
Attorneys for Defendant
I.C. SYSTEMS, INC.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE



ENDORSED
2012 OCT 26  P 3:44

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On October 26, 2012, I served true copies of the following document(s) described as **ANSWER TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒  **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Musick, Peeler & Garrett LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 26, 2012, at Costa Mesa, California.

_____
Michele D. Mesaros

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

817278.1

ANSWER TO PLAINTIFF'S COMPLAINT

|   |   |
|---|---|
| 1 | |
| 2 | **SERVICE LIST** |
| 3 | |
| 4 | Todd M. Friedman                    *Attorneys for Plaintiff, EUGENE PASQUALE*<br>Nicholas J. Bontrager |
| 5 | Suren N. Weerasuriya<br>Law Offices of Todd M. Friedman, P.C. |
| 6 | 369 S. Doheny Dr. #415<br>Beverly Hills, CA 90211 |
| 7 | Tel: (877) 206-4741<br>Fax: (866) 633-0228 |
| 8 | tfriedman@attorneysforconsumers.com<br>nbontrager@attorneysforconsumers.com<br>sweerasuriya@attorneysforconsumers.com |

MUSICK, PEELER
& GARRETT LLP        817278.1
ATTORNEYS AT LAW                                                                ANSWER TO PLAINTIFF'S COMPLAINT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 2800, Los Angeles, California 90071.

On DECEMBER 7, 2012, I served the foregoing document described as **NOTICE OF ERRATA** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

TODD M. FRIEDMAN
NICHOLAS J. BONTRAGER
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR., #415
BEVERLY HILLS, CA 90211
877-206-4741

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this court.

☐ **(BY OVERNIGHT DELIVERY)** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **(BY MESSENGER SERVICE)** I served the documents by placing them in an envelope or package addressed to the persons listed above and provided such document(s) to a professional messenger service for service

☒ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

☐ **[STATE]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **December 7, 2012**, Los Angeles, California.

/s/
Christine Sanders

1
PROOF OF SERVICE