1  Sean P. Flynn (SBN 220184)
   sflynn@foleymansfield.com
2  **FOLEY & MANSFIELD, PLLP**
   300 South Grand Avenue, Suite 2800
3  Los Angeles, CA  90071
   Telephone:    (213) 283-2100
4  Facsimile:    (213) 283-2101

5  Attorneys for
   **I.C. SYSTEM, INC.**
6

7              **UNITED STATES DISTRICT COURT**

8             **NORTHERN DISTRICT OF CALIFORNIA**

9                    **SAN JOSE DIVISION**

10

11  EUGENE PASQUALE, an individual,          Case No:  12-cv-05539 HRL

12              Plaintiff,                   **STIPULATION TO CONTINUE THE EARLY
                                             NEUTRAL EVALUATION DEADLINE**
13         vs.

14  I.C. SYSTEM, INC., a Minnesota corporation,

15              Defendant.

16

17  \ \ \

18  \ \ \

19  \ \ \

20  \ \ \

21  \ \ \

22  \ \ \

23  \ \ \

24  \ \ \

25  \ \ \

26  \ \ \

27  \ \ \

28  \ \ \

1    **WHEREFORE**, on November 13, 2012, the Court set a 90-day deadline for completion of the

2    Early Neutral Evaluation, or February 11, 2013.  After discussions amongst the Parties Counsel, due to

3    the difficulty for a representative of I.C. System, Inc. to appear prior to February 11, 2013, the Parties

4    have agreed to stipulate to the Early Neutral Evaluation completion date being continued until March 15,

5    2013.

6         **IT IS SO STIPULATED.**

7    Dated:  January 25, 2013                    **FOLEY & MANSFIELD, PLLP**

8                                      By:  _____*/s/ Sean P. Flynn*_____
                                              Sean P. Flynn, Esq.
9                                             Attorneys for Defendant
                                              I.C. System, Inc.
10

11   Dated:  January 25, 2013                   **LAW OFFICES OF TODD M. FRIEDMAN, APC**

12                                     By:  /s/Todd M. Friedman_____
                                              Todd M. Friedman, Esq.
13                                            Attorneys for Plaintiff
                                              EUGENE PASQUALE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue the Early Neutral Evaluation Deadline

1 | Filed electronically on January 25, 2013, with:

2 | United States District Court CM/ECF system

3 |

4 | Notification sent electronically on January 25, 2013, to:

5 |

6 | Honorable Howard R. Lloyd

7 | United States District Court

8 | Northern District of California

9 |

10 | Todd M. Friedman, Esq.

11 | Law Offices of Todd M. Friedman, APC

12 | Attorney for Plaintiff

13 |

14 | Dated:  January 25, 2013                    **FOLEY & MANSFIELD, PLLP**

15 |                               By:        */s/ Sean P. Flynn*
                                             _____
                                             Sean P. Flynn, Esq.
16 |                                          Attorneys for Defendant
                                             I.C. System, Inc.

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Stipulation to Continue the Early Neutral Evaluation Deadline