*E-FILED: January 28, 2013*

1  Sean P. Flynn (SBN 220184)
   sflynn@foleymansfield.com
2  **FOLEY & MANSFIELD, PLLP**
   300 South Grand Avenue, Suite 2800
3  Los Angeles, CA  90071
   Telephone:   (213) 283-2100
4  Facsimile:    (213) 283-2101

5  Attorneys for
   **I.C. SYSTEM, INC.**
6

7               **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9                      **SAN JOSE DIVISION**

10

11 | EUGENE PASQUALE, an individual, | Case No:  12-cv-05539 HRL |
   |---|---|
12 | Plaintiff, | **STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION DEADLINE** |
13 | vs. | |
14 | I.C. SYSTEM, INC., a Minnesota corporation, | |
15 | Defendant. | |

17  \ \ \
18  \ \ \
19  \ \ \
20  \ \ \
21  \ \ \
22  \ \ \
23  \ \ \
24  \ \ \
25  \ \ \
26  \ \ \
27  \ \ \
28  \ \ \

1  **WHEREFORE**, on November 13, 2012, the Court set a 90-day deadline for completion of the
2  Early Neutral Evaluation, or February 11, 2013.  After discussions amongst the Parties Counsel, due to
3  the difficulty for a representative of I.C. System, Inc. to appear prior to February 11, 2013, the Parties
4  have agreed to stipulate to the Early Neutral Evaluation completion date being continued until March 15,
5  2013.

6  **IT IS SO STIPULATED.**

7  Dated:  January 25, 2013                **FOLEY & MANSFIELD, PLLP**

8                                          By:   */s/ Sean P. Flynn*
                                                 Sean P. Flynn, Esq.
9                                                Attorneys for Defendant
                                                 I.C. System, Inc.
10

11 Dated:  January 25, 2013                **LAW OFFICES OF TODD M. FRIEDMAN, APC**

12                                         By:  /s/Todd M. Friedman
                                                Todd M. Friedman, Esq.
13                                              Attorneys for Plaintiff
                                                EUGENE PASQUALE
14

15 **Pursuant to stipulation, it is so ordered.**

16 **Date: January 28, 2013**

17                                         _____
                                           **HOWARD R. LLOYD**
18                                         **UNITED STATES MAGISTRATE JUDGE**