UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

EUGENE PASQUALE,

    Plaintiff,

  v.

I.C. SYSTEM, INC.,

    Defendant.

No. C 12-5539 HRL

**ORDER RE: ATTENDANCE AT EARLY NEUTRAL EVALUATION**

Date: February 5, 2013
Evaluator: Robert Chilvers

    IT IS HEREBY ORDERED that the request to excuse defendant I.C. SYSTEM, INC., and its counsel from appearing in person at the February 5, 2013, Early Neutral Evaluation session before Robert Chilvers is DENIED. Defendant has not made adequate showing that personal attendance at the session constitutes 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED.

    IT IS SO ORDERED.

January 29, 2013     By: _____
Dated                                      Maria-Elena James
                                                United States Chief Magistrate Judge