Sean P. Flynn (SBN 220184)
sflynn@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 283-2100
Facsimile: (213) 283-2101

Attorneys for
**I.C. SYSTEM, INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EUGENE PASQUALE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>I.C. SYSTEM, INC., a Minnesota corporation,<br><br>Defendant. | Case No: 12-cv-05539 HRL<br><br>**STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION DEADLINE** |

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

1    **WHEREFORE**, on November 13, 2012, the Court set a 90-day deadline for

2   completion of the Early Neutral Evaluation, or February 11, 2013.

3    **WHEREFORE** on January 28, 2013, the Court granted the Parties first request

4   foa continuance of the Early Neutral Evaluation to March 15, 2013.

5    **WHEREFORE** on February 28, 2013, the Parties agreed to reschedule the Early

6   Neutral Evaluation in this case to April 12, 2013.

7    **THUS**,  the Parties have agreed to stipulate to the Early Neutral Evaluation

8   completion date being continued 60 days to May 14, 2013.

9    **IT IS SO STIPULATED.**

10  Dated:  March 4, 2013                **FOLEY & MANSFIELD, PLLP**

11                          By:  _____*/s/ Sean P. Flynn*_____

12                              Sean P. Flynn, Esq.
                                Attorneys for Defendant
13                              I.C. System, Inc.

14  Dated:  March 4, 2013                **LAW OFFICES OF TODD M. FRIEDMAN, APC**

15

16                          By:  */s/ Todd M. Friedman*_____

17                              Todd M. Friedman, Esq.
                                Attorneys for Plaintiff
                                EUGENE PASQUALE

18

19

20

21

22

23

24

25

26

27

28

1 | Filed electronically on March 4, 2013, with:

2 | United States District Court CM/ECF system

3 |

4 | Notification sent electronically on March 4, 2013, to:

5 |

6 | Honorable Howard R. Lloyd

7 | United States District Court

8 | Northern District of California

9 |

10 | Todd M. Friedman, Esq.

11 | Law Offices of Todd M. Friedman, APC

12 | Attorney for Plaintiff

13 |

14 | Dated: March 4, 2013              **FOLEY & MANSFIELD, PLLP**

15 | By:       */s/ Sean P. Flynn*

16 | Sean P. Flynn, Esq.<br>Attorneys for Defendant<br>I.C. System, Inc.

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

3

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 2800, Los Angeles, California 90071.

On MARCH 4, 2013, 1 served the foregoing document described as **STIPULATION TO  CONTINUE THE EARLY NEUTRAL EVALUATION DEADLINE** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**TODD M. FRIEDMAN
NICHOLAS J. BONTRAGER
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR., #415
BEVERLY HILLS, CA 90211
877-206-4741
VIA CM/ECF NOTIFICATION SYSTEM ONLY**

**Robert M. Chilvers**
Chilvers & Taylor, PC
83 Vista Marin Drive
San Rafael, CA 94903
**VIA U.S. MAIL ONLY**

 *(BY MAIL)*   I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and placed the envelope for collection and mailing, following our ordinary business practices.  I am ready familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  (Only Robert M. Chilvers, Chivlers & Taylor, PC)

☒ *(BY COURT'S CM/ECF SYSTEM)* Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this court.

⊠ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **March 4, 2013**, Los Angeles, California.

> */s/OlgaValadez*_____
> Olga Valadez

**PROOF OF SERVICE**