*E-FILED: March 5, 2013*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| EUGENE PASQUALE, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>I.C. SYSTEM, INC., a Minnesota corporation,<br><br>          Defendant. | Case No:  12-cv-05539 HRL<br><br>[PROPOSED] ORDER CONTINUING THE EARLY NEUTRAL EVALUATION DEADLINE |

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

After considering the parties Stipulation to Continue the Early Neutral Evaluation Deadline, the Court finds there is good cause to continue the deadline from March 15, 2013, to ~~May 14, 2013~~. April 15, 2013.    The Court does not view the extension of the Early Neutral Evaluation Deadline as a basis for modifying any of the other deadlines set forth in the Case Management Order.

**IT IS SO ORDERED.**

Dated: March   5   , 2013

By: _____
Magistrate Judge, Howard R. Lloyd.
U.S.D.C., Northern District of California

[Proposed] Order Continuing the Early Neutral Evaluation Deadline