*E-FILED: March 18, 2013*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **EUGENE PASQUALE,** | ) | CASE NO.: 5:12-CV-05539-HRL |
| | ) | |
| Plaintiff, | ) | ~~(PROPOSED)~~ **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **I.C. SYSTEM, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

~~(PROPOSED) ORDERED~~

**IT IS HEREBY ORDERED THAT:**

The discovery cut-off in the above-case is continued from March 29, 2013, to May 01, 2013, for the *sole purpose* of allowing Plaintiff and Defendant to take one (1) deposition each.

**Dated:** __March 18, 2013

_____

**Honorable Howard R. Lloyd**