1 | Sean P. Flynn (SBN 220184)
2 | *sfylnn@foleymansfield.com*
   | **FOLEY & MANSFIELD, PLLP**
   | 300 South Grand Avenue, Suite 2800
3 | Los Angeles, CA  90071
   | Telephone:   (213) 283-2100
4 | Facsimile:    (213) 283-2101

5 | Attorneys for Defendant
   | **I.C. SYSTEMS, INC.**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CA LIFORNIA

| EUGENE PASQUALE, | Case No: 5:12-CV-05539-HRL |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| I.C. SYSTEM, INC., | |
| Defendant. | |

18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Defendant, I.C. SYSTEM, INC., hereby notified the Court that the parties have settlement in the instant action.  The parties will require an additional thirty (30) days to finalize the settlement agreement and submit a Stipulated Request for Dismissal

Dated:  April 18, 2013            **FOLEY & MANSFIELD, PLLP**

By:      */s/ Sean P. Flynn*
Sean P. Flynn
Attorneys for Defendant
**I.C. SYSTEMS, INC.**