*E-FILED: April 22, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EUGENE PASQUALE,                                No. C12-05539 HRL

          Plaintiff,

   v.                                              **ORDER TO SHOW CAUSE RE:**
                                       **SETTLEMENT**

I.C. SYSTEM, INC.,

          Defendant.
_____/

      The court is informed that the parties have reached a settlement.  All parties shall appear on **May 28, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed.  The parties shall file a Joint Statement in response to this Order to Show Cause no later than **May 21, 2013**.  The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal.  If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

      **IT IS SO ORDERED.**

Dated: April 22, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**C 12-05539 HRL Order will be electronically mailed to:**

Nicholas J. Bontrager nbontrager@attorneysforconsumers.com,

dshaw@attorneysforconsumers.com, ecampany@attorneysforconsumers.com,

jrea@attorneysforconsumers.com, tfriedman@attorneysforconsumers.com

Sean P Flynn sflynn@foleymansfield.com, echavez@foleymansfield.com,

jhurst@foleymansfield.com, ovaladez@foleymansfield.com

Suren Naradha Weerasuriya sweerasuriya@attorneysforconsumers.com

Todd Michael Friedman tfriedman@attorneysforconsumers.com,

ecampany@attorneysforconsumers.com, jrea@attorneysforconsumers.com,

nbontrager@attorneysforconsumers.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**