Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Suren N. Weerasuriya (278521)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
Attorneys for Plaintiff

M. Amadea Groseclose, Esq. (SBN 220184)
mgroseclose@foleymansfield.com
FOLEY & MANSFIELD, PLLP
300 South Grand Ave., Suite 2800
Los Angeles, CA 90071
Telephone: (213) 283-2100
Facsimile: (213) 283-2101
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE PASQUALE,** | CASE NO.: 5:12-CV-05539-HRL |
| Plaintiff, | **JOINT STATUS REPORT RE: SETTLEMENT/DISMISSAL** |
| vs. | |
| **I.C. SYSTEM, INC.,** | |
| Defendant. | |

NOW COME the Plaintiff, EUGENE PASQUALE ("Plaintiff"), and Defendant, I.C. SYSTEM, INC. ("Defendant"), by and through the undersigned counsel and pursuant to this Honorable Court's May 22, 2013 order, hereby

submit the following status report regarding settlement and dismissal of the instant matter.

1.  On April 12, 2103, the parties appeared for an Early Neutral Evaluation (ENE) hearing at the United States District Courthouse in San Jose, California.

2.  At the ENE, the parties were able to reach an agreement to resolve the dispute which was the basis for the instant litigation.

3.  On April 19, 2013, Defendant provided Plaintiff with a proposed draft of the settlement agreement and release.

4.  On May 20, 2013, Plaintiff agreed in general to the terms contained within the proposed settlement documentation, but requested slight revisions to a limited portion of the proposed document.

5.  On May 29, 2013, Plaintiff's counsel made revisions to the proposed settlement document and delivered to Plaintiff for review and approval of terms prior to sending to Defendant's counsel for final review and approval.

6.  On June 11, 2013, Plaintiff informed his counsel that he approved of the revisions.

7.  On June 17, 2013, Plaintiff provided his counsel with an executed copy of the settlement agreement as revised.

8.  On June 18, 2013, Plaintiff's counsel provided Defendant's counsel

with the revised release in editable format in addition to an executed copy of the release provided Defendant and its counsel approved the revisions.

9. Defendant's counsel is reviewing the revised document and discussing with Defendant.

10. The parties believe that the settlement between the parties will be fully consummated, and the matter dismissed shortly, but no longer than within the next thirty (30) days.

11. As such, the parties respectfully request that this Honorable Court continue the currently scheduled July 2, 2013 Order to Show Cause to a date/time convenient for the Court approximately thirty (30) days to allow the parties to consummate settlement and file a stipulation of dismissal.

Respectfully submitted this 25th day of May, 2013.

By: _s/Todd M. Friedman  
Todd M. Friedman  
Law Offices of Todd M. Friedman, P.C.  
Attorney for Plaintiff

By: _s/M. Amadea Groseclose  
M. Amadea Groseclose  
Foley & Mansfield, PLLP  
Attorney for Defendant

Filed electronically on this 25th day of June, 2013, with:

United States District Court CM/ECF system

Notification sent electronically on this 25th day of June, 2013, to:

Honorable Howard R. Llyod
United States District Court
Northern District of California

M. Amadea Groseclose
Foley & Mansfield, PLLP
Attorney for Defendant

s/Todd Friedman
    Todd Friedman