*E-FILED: JUNE 27, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EUGENE PASQUALE,
    Plaintiff,

v.

I.C. SYSTEM, INC.,
    Defendant.
_____/

No. C12-05539 HRL

**ORDER CONTINUING SHOW CAUSE RE: SETTLEMENT HEARING**

    The court having reviewed the Joint Status Report Re: Settlement/Dismissal filed by the parties on June 25, 2013, and good cause having been shown to continue the Order to Show Cause hearing, the hearing is continued to **August 6, 2013 at 10:00 am.** As the parties filed their Notice of Settlement over two months ago, the Court expects that a stipulation of dismissal will be filed prior to the date set for the hearing. If not, all parties shall appear on August 6, 2013 in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause, or a Stipulation of Dismissal, no later than **July 30, 2013**. The joint statement shall state the status of the activities of the parties in finalizing settlement. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

    **IT IS SO ORDERED.**

Dated: June 27, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-05539 HRL Order will be electronically mailed to:**

Nicholas J. Bontrager nbontrager@attorneysforconsumers.com,

dshaw@attorneysforconsumers.com, ecampany@attorneysforconsumers.com,

jrea@attorneysforconsumers.com, tfriedman@attorneysforconsumers.com

Sean P Flynn sflynn@foleymansfield.com, echavez@foleymansfield.com,

jhurst@foleymansfield.com, ovaladez@foleymansfield.com

Suren Naradha Weerasuriya sweerasuriya@attorneysforconsumers.com

Todd Michael Friedman tfriedman@attorneysforconsumers.com,

ecampany@attorneysforconsumers.com, jrea@attorneysforconsumers.com,

nbontrager@attorneysforconsumers.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**