*E-FILED: July 31, 2013*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE PASQUALE,** | Case No. 5:12-cv-05539-HRL |
| Plaintiff, | **ORDER** |
| vs. | |
| **I.C. SYSTEM, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated this __31__ day of July, 2013.

_____
The Honorable Howard R. Lloyd